1 **WENDELL J. JONES, (State Bar No. 202302)**
910 Hamilton Avenue
2 Suite 100
Campbell, CA 95008
3 Telephone/ Facsimile: (408) 371-7589

4 Attorney for Plaintiff
**LUIS SEGURA**
5

6
7 IN THE UNITED STATES DISTRICT COURT
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 **LUIS SEGURA, an individual**
 **Case No.: 4:13-cv-02103-KAW**
11 **Plaintiff,**

12  vs.
 **NOTICE OF PLAINTIFFS' VOLUNTARY**
13 **WORLD SAVINGS BANK now doing** **DISMISSAL WITHOUT PREJUDICE**
 **Business as WELLS FARGO BANK, N.A. and**
14 **DOES 1 through 50, inclusive,**

15  **Defendants**

16

17  Plaintiff **LUIS SEGURA** (hereinafter known as "PLAINTIFF"), by his attorney, hereby

18 moves for his causes of actions against Defendants **WORLD SAVINGS BANK now doing**

19 **business as WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive** to be

20 dismissed without prejudice.

21

22 **DATED: August 5, 2013**  The Law Office of Wendell J. Jones

23
  BY: /s/Wendell J. Jones
24    Wendell J. Jones
 It is so ordered:   ATTORNEY FOR PLAINTIFF
25
 *Kandis Westmore*
 US Magistrate Judge
  **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL**

1