**WENDELL J. JONES, (State Bar No. 202302)**
910 Hamilton Avenue
Suite 100
Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589

Attorney for Plaintiff
**LUIS SEGURA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS SEGURA, an individual**<br><br>**Plaintiff,**<br><br>vs.<br>**WORLD SAVINGS BANK now doing Business as WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive,**<br><br>**Defendants** | **Case No.: 4:13-cv-02103-KAW**<br><br>**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff **LUIS SEGURA** (hereinafter known as "PLAINTIFF"), by his attorney, hereby moves for his causes of actions against Defendants **WORLD SAVINGS BANK now doing business as WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive** to be dismissed without prejudice.

**DATED: August 5, 2013**                                      The Law Office of Wendell J. Jones

                                                                                    BY:     /s/Wendell J. Jones
                                                                                              Wendell J. Jones
It is so ordered:                                                                ATTORNEY FOR PLAINTIFF

*Kandis Westmore*
US Magistrate Judge

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL**

1